**EISENBERG & SCHNELL** LLP
ATTORNEYS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 10, 2015
```

HERBERT EISENBERG
LAURA S. SCHNELL

JULIAN R. BIRNBAUM
Of Counsel

December 9, 2015

Via email (marlonovalles@nysd.uscourts.gov)

Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY   10007

The 1-7-16 Status Conference is adjourned to Wednesday, January 13, 2016 at 12:15 PM in Courtroom 14C. So Ordered - 12-10-15

*[signature]*
Paul A. Crotty, U.S.D.J

Re:   Lind v. Selig, *et al.*
      No. 14-CV-09786 (PAC)

Attention:   Mr. Marlon Ovalles, Courtroom Deputy

Dear Judge Crotty:

    Together with the firm of Alterman & Boop LLP, we represent the plaintiff in the above action. We write to request that the Status Conference scheduled for January 7, 2016 be adjourned as the date is not convenient. A request for adjournment of the Initial Conference in this action was made and granted. I have conferred with counsel for defendants who has no objection. The following dates are mutually convenient: January 13, 15, 22, or 25, 2016.

Respectfully submitted,

*[signature]*

Laura S. Schnell

cc:   Kathleen M. McKenna, Esq. (via email)
      Andrew Rice, Esq.(via email)
      Daniel Alterman, Esq. (via email)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2704
NEW YORK, NEW YORK 10279

PHONE 212.966.8900
FAX    212.966.2505
eisenbergschnell.com