UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
:
SYLVIA LIND,                         :   14-CV-09786 (PAC)(JLC)
:
             Plaintiff,            :   **ECF CASE**
:
   v.                              :   ~~PROPOSED~~ **REVISED**
:   **SCHEDULING ORDER**
OFFICE OF THE COMMISSIONER OF        :
BASEBALL, an unincorporated association doing :
business as MAJOR LEAGUE BASEBALL,   :
ALLAN H. "BUD" SELIG and FRANK       :
ROBINSON;                            :
:
             Defendants.           :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-21-16

      WHEREAS, the Court entered a Civil Case Management Plan and Scheduling Order (the "Scheduling Order") on October 19, 2015;

      WHEREAS, in light of the scope and status of discovery, the parties have jointly requested an extension of the deadline for the completion of fact discovery, from March 14, 2016 to July 31, 2016; and

      WHEREAS, the extension affects several other dates contained in the Scheduling Order;

      IT IS HEREBY ORDERED that the Scheduling Order is revised as follows:

      (a)    Section 5 of the Scheduling Order is revised such that all fact discovery shall be completed no later than July 31, 2016.

      (b)    Section 7 of the Scheduling Order is revised such that all expert discovery shall be completed no later than 45 days after the end of fact discovery, which date is extended from April 28, 2016 to September 14, 2016.

(c)     The remaining dates and deadlines contained in the Scheduling Order, which do not reference dates certain but rather are calculated based on their temporal relation to the end of fact discovery or expert discovery, shall be calculated based on the new deadlines set forth in Sections (a) and/or (b) above.

**SO ORDERED** this 21st day of January, 2016.

_____
HON. PAUL A. CROTTY, U.S.D.J.